**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. BLUE DIAMOND COMPANY OF NEVADA (Dissolved), W. C. Hay et al., Liquidating Trustees, Respondents.**

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. WOODSTOCK MATERIALS CO., Ltd., Respondent.**

**Nos. 7874, 7875.**

Circuit Court of Appeals, Ninth Circuit.

May 27, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, of Washington, D. C., for petitioner.

Joseph D. Peeler, of Los Angeles, Cal., for respondents.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of petitioner in each of above causes for dismissal of the petitions to review, each motion being consented to by counsel for respondent, ordered motions granted, petitions to review dismissed, judgment of dismissal filed and entered in each cause, and mandate in each cause issued forthwith.

**COMMISSIONER OF INTERNAL REVENUE v. CENTRAL INVESTMENT CO.**

**No. 5379.**

Circuit Court of Appeals, Seventh Circuit.

June 5, 1935.

Frank J. Wideman and Sewall Key, both of Washington, D. C., for petitioner.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

Now this day comes the petitioner by its counsel and presents a motion that the petition of the Commissioner of Internal Revenue for review be withdrawn.

On consideration whereof, it is now here ordered and adjudged by this court that the petition of the Commissioner of Internal Revenue for a review of the decision of the United States Board of Tax Appeals entered on May 18, 1934, be, and the same is hereby, dismissed.